IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TEDDY STANLEY,

        Plaintiff,

vs.

                                    Civil Action 2:08-CV-880
                                    Judge Frost
                                    Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

## ORDER

        On August 18, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this matter be remanded for further proceedings. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner is **REVERSED** and this matter is hereby **REMANDED** to the Commissioner of Social Security for further proceedings.

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                            _____
                                                             Gregory L. Frost
                                                      United States District Judge